■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. GLEN LONG, Appellant, v WILSON WALTERS, III, as Superintendent of the Ossining Correctional Facility, et al., Respondents. — In a habeas corpus proceeding, petitioner appeals from a judgment of the Supreme Court, Westchester County (Marbach, J.), entered December 12, 1980, which denied the petition and dismissed the writ. Judgment affirmed, without costs or disbursements (see General Construction Law, § 25-a). Mangano, J. P., Gibbons, Cohalan and O'Connor, JJ., concur.